IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                )<br>                    Plaintiff,             )<br>         v.                                            )      Criminal Action No. 05- 66<br>                                                                )<br>JOSEPH B. DESTEFANO,         )<br>                                                                )<br>                    Defendant.         ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

From on or about November 15, 2004, through on or about December 7, 2004, in the State and District of Delaware, JOSEPH B. DESTEFANO, at Dover Air Force Base, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did issue checks in the amount of $1,000 or more within said Base, knowing that these checks would not be honored by the drawee, Fort Sill National Bank (FSNB), in violation of Title 11, Delaware Code, Section 900, and Title 18, United States Code, Sections 7 and 13.

COLM F. CONNOLLY
United States Attorney

By: _____
Anne Y. Park
Assistant United States Attorney

Dated: July 6, 2005

FILED
JUL - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE