

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building                    (302) 573-6277
1007 Orange Street, Suite 700       FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

July 6, 2005

**BY HAND**

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 King Street
Wilmington, Delaware 19801

2005 JUL -6 PM 4:38

Re:   **Request for Case Assignment**      CR05-66

Dear Mr. Dalleo:

  Enclosed please find an Information charging Joseph B. DeStefano with one felony count of Issuing a Bad Check on Dover Air Force Base and a Defendant Information Sheet. Please accept this letter as a request that this matter be assigned a criminal action number and be assigned to the Honorable Kent A. Jordan. This prosecution relates to a pending case involving the same defendant. Joseph B. DeStefano has also been charged in a multi-count Indictment on various firearms charges in Criminal Action No. 05-20-KAJ, which is currently pending before Judge Jordan.

  The defendant has retained counsel, Sam Talkin, Esquire, to represent him in this matter and in Criminal Action No. 05-20-KAJ. The defendant, through counsel, has accepted a plea offer which includes this matter as well as Criminal Action No. 05-20-KAJ. The defendant has agreed to waive indictment and plead guilty to Count One of the attached Information and to plead guilty to various counts in Criminal Action No. 05-20-KAJ. Once a criminal action number has been assigned to this matter, I will write to the Court requesting a date for a change of plea hearing in this matter and in Criminal Action No. 05-20-KAJ.



FILED
JUL - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Should you have any questions or concerns, please contact me at (302) 573-6277 ext. 142. Thank you.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By: Anne Y. Park
Assistant U.S. Attorney

Encls.

cc: Sam Talkin, Esquire