UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 AUG 12  AM 10: 40

ROBERT C. HEINEMANN
Clerk
Terry Vaughn
Chief Deputy

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2311

Erica_Fernandez@nyed.uscourts.gov

August 7, 2008

US District Court- District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Re: USA vs. Destefano

EDNY's Case No: 08-CR-520
Your Case No.: 1:05-CR-20 & 05-CR-66

Pursuant to the enclosed certified copy of the order of Judge Nina Gershon accepting jurisdiction, the following documents are requested:

    __X__ Certified copy of Indictment

    __X__ Certified copy of Judgment and Commitment

    __X__ Certified copy of the Docket Sheet

    _____ Entire File

    _____ Other

Kindly acknowledge receipt on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: Erica Fernandez
Deputy Clerk

Encl.

_____          _____
    Received By:                                              Date